**Order entered December 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00895-CR

**JESSE RUDOLFO GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80739-2016**

## ORDER

Before the Court is appellant's December 28, 2018 second motion for extension of time.

We **GRANT** the motion and **ORDER** the brief due on or before January 4, 2019.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE